# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

147844

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
           Plaintiff-Appellee,

v                                                              SC: 147844
                                                               COA: 314687
                                                               Ingham CC: 06-000160-FC
MICHAEL LEE CASTILLO,
           Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the September 6, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



t1216

Clerk